UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DORIS BROWN, et al.,

    Plaintiffs,

Case No.
1:16–cv–01166–JTN–ESC

v.

Hon. Janet T. Neff

MUSKEGON, CITY OF, et al.,

    Defendants.
_____/

## ORDER

    This matter is before the Court on Plaintiffs' Motion for Leave to File Excess Pages – #62, which was filed December 12, 2017. Effective September 28, 2015, Local Rule 7.1(d) was amended to require the following: "All nondispositive motions shall be accompanied by a separately filed certificate setting forth in detail the efforts of the moving party to comply with the obligation created by this rule." W.D. Mich. LCivR 7.1(d); see Administrative Order No. 15–RL–78 (Sept. 11, 2015). The motion fails to comply with this requirement. Accordingly,

    IT IS ORDERED that Plaintiffs' Motion for Leave to File Excess Pages – #62 is DENIED without prejudice to refile.

    IT IS SO ORDERED.

Dated:  December 13, 2017      /s/ Janet T. Neff
                                            JANET T. NEFF
                                            United States District Judge